UNITED STATES BANKRUPTCY COURT
Middle District of Georgia

11-70080

DEBTOR **Lola Bridgette Threat** * Chapter 13
SS# **xxx-xx-7295** * Case no.

# CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of **$300.00 Monthly for 57 months**.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| -NONE- | | |

(c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| CITIZENS CAF | $46.00 |

(d) Attorney fees ordered pursuant to 11 U.S.C. §507(a)(2) of __2,500.00__ to be paid as follows:

| | MONTHLY PAYMENT AMOUNT |
|---|---|
| Franklin D. Hayes | pay according to the administrative order |

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|
| CITIZENS CAF | $15,700.00 | 9,200.00 | 3.00% | 08 Dodge | $175.00 |

(f) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | ESTIMATED AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL |
|---|---|---|---|---|
| Beneficial HFC | $1,712.00 | $57,951.00 | 0.00% | 122 Eagle Rd. Wray, GA 31798 |

(g) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| -NONE- | |

(h) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will / ~~will not~~ be made simultaneously with payment of the secured debt and ~~will~~ / will not include interest at the rate of ____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| -NONE- | |

(i) The following unsecured claims are classified to be paid at 100%. These payments ~~will~~ / will not be made simultaneously with payment of the secured debt:

**-NONE-**

(j) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(k) The debtor(s) will be the disbursing agent on the following debts:

**Atlantic Coast Federal
Beneficial HFC
HSBC/MUSIC**

(l) Special provisions:

**Attorney fees will be paid under the plan. Debtor requests a payroll deduciton be sent to Tendercare 510 West Ward Street, Douglas Ga 31533. Secured claims will be paid a rate of 3.0%, unless noted**

(m) General unsecured creditors whose claims are duly proven and allowed will be paid:
    (1) __**0**__ % dividend or a prorata share of $ __**$0.00**__ , whichever is greater; or
    (2) the debtor(s) will make the payments for ____ months and anticipates a dividend of ____ .

Date **January 18, 2011**　　　　　　　Signature **/s/ Lola Bridgette Threat**
                                                                                  **Lola Bridgette Threat**
                                                                                 Debtor

*If debtor's attorney wishes to be paid according to the Court's administrative order on attorney's fees include the phrase "pay according to the administrative order" in the blank space and make no other payment provision.